THE HONORABLE AMANDA K. BRAILSFORD

JOHN C. BLACK, ISB #3616
RICHARD T. WETMORE, ISB #9418
DUNN & BLACK, P.S.
111 North Post Street, Suite 300
Spokane, WA 99201-0907
Phone: (509) 455-8711
Facsimile: (509) 455-8734
Email: jblack@dunnandblack.com
Email: rwetmore@dunnandblack.com

Attorneys for Plaintiff Sapphire Hospitality Investments, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| SAPPHIRE HOSPITALITY INVESTMENTS, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OREGON MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | NO. 3:23-cv-00146-AKB<br><br>**PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND AWARD ATTORNEY FEES** |

Plaintiff, by and through its attorneys of record, Dunn & Black, P.S., hereby moves this Court for an Order compelling Defendant Oregon Mutual Insurance Company to provide answers to Interrogatory Nos. 9 & 10 and to provide responsive documents to

PLAINTIFF'S MOTION
TO COMPEL DISCOVERY… - 1

Request for Production Nos. 19 & 22, of Plaintiff's First Set of Interrogatories and Requests for Production to Oregon Mutual Insurance Company. Plaintiff further requests an award of reasonable expenses, including attorney fees, incurred in bringing this motion pursuant to Fed. R. Civ. P. 37(a)(5).

This Motion is based on Fed. R. Civ. P. 37, the Memorandum in Support of Plaintiff's Motion to Compel, the Declaration of Richard T. Wetmore, and the files and records herein.

DATED this 18th day of March, 2025.

DUNN & BLACK, P.S.

*/s/ Richard T. Wetmore*
JOHN C. BLACK, ISB #3616
RICHARD T. WETMORE, ISB #9418
Attorneys for Plaintiff
Dunn & Black, P.S.
111 North Post, Ste. 300
Spokane, WA 99201-0907
Phone: (509) 455-8711
Fax:    (509) 455-8734
Email: jblack@dunnandblack.com
Email: rwetmore@dunnandblack.com

PLAINTIFF'S MOTION
TO COMPEL DISCOVERY… - 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of March, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

- Jennifer P. Dinning – dinning@sohalang.com

　　　　　　　　　　*/s/ Stephanie Wiley*
　　　　　　　　　　Stephanie Wiley, Paralegal
　　　　　　　　　　Dunn & Black, P.S.

PLAINTIFF'S MOTION
TO COMPEL DISCOVERY… - 3

**Dunn&Black**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734